People v Marshall

2026 NY Slip Op 03003

May 13, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Dujuan Marshall, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 13, 2026

2024-04748, (Ind. No. 70400/21)

Valerie Brathwaite Nelson, J.P.

Paul Wooten

Janice A. Taylor

Elena Goldberg Velazquez, JJ.

Carol Kahn, New York, NY, for appellant.

Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Winter A. Vega of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant from a resentence of the County Court, Dutchess County (Edward T. McLoughlin, J.), imposed October 6, 2023, upon the granting of his motion pursuant to CPL 440.20 to set aside a sentence of the same court imposed January 24, 2022, upon his conviction of criminal possession of a controlled substance in the second degree, upon his plea of guilty.

ORDERED that the resentence is affirmed.

The defendant's contention that the County Court improperly resentenced him without obtaining an updated presentence report is unpreserved for appellate review (see CPL 470.05[2]; People v Saunders, 219 AD3d 759, 759-760; People v Houston P.B., 157 AD3d 712, 713) and, in any event, without merit (see People v Kuey, 83 NY2d 278, 282; People v Saunders, 219 AD3d at 760).

Contrary to the defendant's contention, he was not deprived of the effective assistance of counsel at resentencing (see Strickland v Washington, 466 US 668; People v Benevento, 91 NY2d 708).

The defendant's remaining contentions are without merit.

BRATHWAITE NELSON, J.P., WOOTEN, TAYLOR and GOLDBERG VELAZQUEZ, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court